**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER BARLOW, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 126-145 |
| | * | |
| LOGAN MARSHALL and MCDUFFIE COUNTY JAIL, | * | |
| | * | |
| | * | |
| Defendants. | * | |

**O R D E R**

On July 30, 2026, the Court granted Plaintiff permission to proceed *in forma pauperis* ("IFP") conditioned upon his return of both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form. (See doc. 4, pp. 1-3.) The July 30th Order also pointed out various pleading deficiencies in Plaintiff's complaint and directed him to submit an amended complaint in accordance with the instructions set forth therein. (Id. at 3-6.) On August 21, 2026, Plaintiff's copy of the July 30th Order was returned by mail to the Clerk of Court as undeliverable. (Doc. 6.) The returned envelope was marked "UTF," which stands for "unable to forward." (Id. at 22.)

The Court's July 30th Order was sent to McDuffie County Jail, PO Box 360, Thomson, Georgia 30824. (Id. at 1.) However, Plaintiff's complaint contains a different address for McDuffie County Jail: 751 Public Safety Drive, Thomson, Georgia 30824.

(Doc. 1, p. 14.) Therefore, in an abundance of caution, the Court **DIRECTS** the **CLERK** to re-serve the July 30th Order, the Prisoner Trust Fund Account Statement form, the Consent to Collection of Fees form, and a standard form complaint used by incarcerated litigants in the Southern District of Georgia, stamped with this case number, (doc. 4), on Plaintiff at 751 Public Safety Drive, Thomson, Georgia 30824. This Order shall too be included in the same envelope.

The Court further **EXTENDS** the deadline for Plaintiff to return his IFP forms and file an amended complaint in accordance with the instructions set forth in the July 30th Order. Plaintiff shall have through and including September 11, 2026, to complete and return (1) his IFP forms and (2) an amended complaint complying with the instructions in the July 30th Order. Failure to do so will result in dismissal of this case.

**ORDER ENTERED** at Augusta, Georgia, this 24th day of August, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA